THE PEOPLE OF THE STATE OF NEW YORK ex rel.
PAVILION NATURAL GAS COMPANY, Appellant, *v,*
PUBLIC SERVICE COMMISSION, SECOND DISTRICT,
Respondent.

*People ex rel. Pavilion Natural Gas Co.* v. *Public Service Comm.,*
178 App. Div. 937, affirmed.

(Argued February 28, 1918; decided March 19, 1918.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
May 8, 1917, which affirmed a determination of the pub-
lic service commission directing the relator Pavilion
Natural Gas Company to extend its gas mains from

the village of Moscow into the town of Leicester, Livingston county, N. Y., to the petitioner's farm which is located in the town outside of that village. The relator contended that the public service commission was without jurisdiction to make the order.

*James M. E. O'Grady* for appellant.

*Ledyard P. Hale* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ.